FILED
08 AUG 20 PM 4:33

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 2783 JM |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| CESAR HERNANDEZ, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Cesar Hernandez, Criminal Case No. 08CR2306JM.

DATED: August 20, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney