1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR02783-JM |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING UNTIED STATES' MOTION FOR AN ORDER TO SHORTEN TIME** [Docket No. 7] |
| v. | ) | |
| | ) | |
| CESAR HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the United States' Motion for an Order to Shorten Time dated September 11, 2008, be and is hereby granted and the United States' Notice of Motion and Motion for Reciprocal Discovery; Fingerprint Exemplars; and, Leave to File Further Motions, together with accompanying Statement of Facts and Memorandum of Points and Authorities shall be filed and served on September 11, 2008.

SO ORDERED.

DATED: September 15, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge